UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                      Chapter 13
                                                                                  Case No.: 25-72676
PAUL FRIED
                                                                                  **NOTICE OF APPEARANCE**
                                                                                  **AND DEMAND FOR SERVICE**
                                                                                  **OF PAPERS AND OTHER**
                                                                                  **DOCUMENTS**

                                    Debtor

------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that BFSNG Law Group, LLP, by Heath S. Berger, Esq., hereby enters its appearance on behalf of Michael Polacco, Creditor, in the above-captioned action. Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

**BFSNG LAW GROUP, LLP**
**6851 JERICHO TURNPIKE, SUITE 250**
**SYOSSET, NEW YORK 11791**
**ATTN: Heath S. Berger, Esq.**
hberger@bfslawfirm.com
**(516) 747-1136**

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

Dated: Syosset, New York
       September 16, 2025

BFSNG LAW GROUP, LLP
*Attorneys for Michael Polacco*
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791
(516) 747-1136

By: Heath S. Berger, Esq.